IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD HUDSON, III,<br>　　　Plaintiff, | CIVIL ACTION |
| v. | |
| CHEYNEY UNIVERSITY OF PENNSYLVANIA,<br>　　　Defendant. | NO. 14-2552 |

# O R D E R

**AND NOW**, this 14th day of December, 2018, upon consideration of Defendant Cheyney Univesity's [sic] Motion for Summary Judgment (Document No. 48, filed May 1, 2018), Plaintiff Howard Huson [sic] III's Response to Defendant Cheyney University's Motion for Summary Judgment (Document No. 52, filed June 12, 2018), and Defendant Cheyney University's Reply in Support of Its Motion for Summary Judgment (Document No. 54, filed June 27, 2018), for the reasons set forth in the Memorandum dated December 14, 2018, **IT IS ORDERED** that Defendant Cheyney Univesity's [sic] Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Cheyney University of Pennsylvania, and **AGAINST** plaintiff, Howard Hudson III.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.